


## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD HARVEY | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| LIBERTY MUTUAL GROUP, INC., OHIO | : | |
| CASUALTY CORPORATION, AND | : | |
| THE NETHERLANDS INSURANCE | : | |
| COMPANY | : | No. 13-04693 |
| | : | |
| Defendants. | : | |

FILED

MAR 2 6 2014

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

AND NOW, this 25TH day of March, 2014, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 13), Plaintiffs' Response thereto (Doc. No. 15), and Defendants' Reply in further support thereof (Doc. No. 16), it is hereby ORDERED that Defendants' Motion for Summary Judgment is GRANTED. Plaintiff's claims are DISMISSED.

BY THE COURT:

J. CURTIS JOYNER, J.

